JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MADISON, | No. 2:25-cv-04922-RAO |
| Plaintiff, | [PROPOSED] JUDGMENT |
| v. | |
| FRANK BISIGNANO, | |
| Commissioner of Social Security, | |
| Defendant. | |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: September 23, 2025

/s/

_____
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE